# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mira Holdings Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UHS of Delaware Incorporated,<br><br>　　　　　Defendant. | No. CV-23-00169-PHX-MTL<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 47),

　　　　**IT IS ORDERED** granting the parties' Stipulated Motion for Dismissal with Prejudice (Doc. 47).

　　　　**IT IS FURTHER ORDERED** that all remaining deadlines are vacated.

　　　　**IT IS FINALLY ORDERED** that the Clerk of Court shall (1) dismiss this action **with prejudice** with each party bearing their own attorneys' fees and costs and (2) close this case.

　　　　Dated this 16th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Michael T. Liburdi
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge